Defendant Chart

| Defendant | Offense | RA/CT |
|---|---|---|
| CACCIOPOLI | Extortion/Extortion Conspiracy - Trucking<br>Extortion/Extortion Conspiracy - SI Cement Company Profits<br>Extortion/Extortion Conspiracy - SI Cement Company Sale<br>Extortion Conspiracy - Trucking<br>Extortion - Trucking<br>Extortion Conspiracy - SI Cement Company Profits<br>Extortion - SI Cement Company Profits<br>Extortion Conspiracy - SI Cement Company Sale<br>Attempted Extortion - SI Cement Company Sale | RA 16<br>RA 24<br>RA 56<br>CT 2<br>CT 3<br>CT 10<br>CT 11<br>CT 79<br>CT 80 |
| CALI | Extortion Conspiracy - NASCAR Construction Site<br>Extortion - NASCAR Construction Site | CT 38<br>CT 39 |
| CARNEGLIA | Murder/Murder Conspiracy of Albert Gelb<br>Murder of Michael Cotillo<br>Murder of Salvatore Puma<br>Marijuana Distribution Conspiracy<br>Murder/Murder Conspiracy of Louis DiBono<br>Robbery/Robbery Conspiracy/Felony Murder of Jose Delgado Rivera<br>Extortion/Extortion Conspiracy<br>Securities Fraud Conspiracy<br>Robbery/Robbery Conspiracy | RA 1<br>RA 2<br>RA 3<br>RA 5<br>RA 6<br>RA 7<br>RA 8<br>RA 10<br>RA 11 |
| CASSARINO | Extortion/Extortion Conspiracy - SI Cement Company Profits<br>Theft of Union Benefits/Mail Fraud - Teamsters Local 282<br>Extortion/Extortion Conspiracy - NASCAR Site<br>Extortion Conspiracy - SI Cement Company Profits<br>Extortion - SI Cement Company Profits<br>Theft of Union Benefits Conspiracy - Teamsters Local 282<br>Theft of Union Benefits - Teamsters Local 282<br>Mail Fraud Conspiracy - Teamsters Local 282<br>Mail Fraud - Teamsters Local 282<br>False Statements - Teamsters Local 282<br>Extortion Conspiracy - NASCAR Construction Site<br>Extortion - NASCAR Construction Site | RA 24<br>RA 26<br>RA 38<br>CT 10<br>CT 11<br>CT 12<br>CT 13<br>CT 14<br>CT 15<br>CT 16<br>CT 38<br>CT 39 |

| Defendant | Offense | RA/CT |
|---|---|---|
| CEFALU | Extortion/Extortion Conspiracy - SI Cement Company Profits<br>Extortion/Extortion Conspiracy - NASCAR Construction Site<br>Extortion/Extortion Conspiracy - SI Cement Company Sale<br>Extortion Conspiracy - SI Cement Company Profits<br>Extortion - SI Cement Company Profits<br>Extortion Conspiracy - NASCAR Construction Site<br>Extortion - NASCAR Construction Site<br>Extortion Conspiracy - SI Cement Company Sale<br>Extortion - SI Cement Company Sale | RA 24<br>RA 38<br>RA 54<br>CT 10<br>CT 11<br>CT 38<br>CT 39<br>CT 75<br>CT 76 |
| J. COROZZO | Cocaine Distribution Conspiracy<br>Extortion/Extortion Conspiracy - SI Cement Company Profits<br>Extortion/Extortion Conspiracy - SI Cement Company Sale<br>Extortion Conspiracy - SI Cement Company Profits<br>Extortion - SI Cement Company Profits<br>Extortion Conspiracy - SI Cement Company Sale<br>Extortion - SI Cement Company Sale | RA 4<br>RA 24<br>RA 54<br>CT 10<br>CT 11<br>CT 75<br>CT 76 |

| Defendant | Offense | RA/CT |
|---|---|---|
| N. COROZZO | Murder of Robert Areana/Murder Conspiracy of Robert Arena and Thomas Maranga | RA 12 |
| | Murder of Thomas Maranga | RA 13 |
| | Extortion/Extortion Conspiracy - SI Cement Company Profits | RA 24 |
| | Attempted Extortion/Extortion Conspiracy - Pump Truck | RA 30 |
| | Attempted Extortion/Extortion Conspiracy - Construction List | RA 32 |
| | Illegal Gambling - Bookmaking | RA 33 |
| | Extortion/Extortion Conspiracy - NASCAR Construction Site | RA 38 |
| | Extortion/Extortion Conspiracy -Excavation Company | RA 39 |
| | Extortion/Extortion Conspiracy - Liberty View Harbor Construction Site | RA 44 |
| | Money Laundering/Money Laundering Conspiracy | RA 45 |
| | Attempted Extortion/Extortion Conspiracy - SI Recycling | RA 48 |
| | Extortion/Extortion Conspiracy | RA 49 |
| | Extortion/Extortion Conspiracy - SI Cement Company | RA 54 |
| | Extortion/Extortion Conspiracy - Cement Powder Deliveries | RA 55 |
| | Extortion Conspiracy - SI Cement Company Profits | CT 10 |
| | Extortion - SI Cement Company Profits | CT 11 |
| | Extortion Conspiracy - Pump Truck | CT 23 |
| | Attempted Extortion - Pump Truck | CT 24 |
| | Extortion Conspiracy - Construction List | CT 27 |
| | Attempted Extortion - Construction List | CT 28 |
| | Illegal Gambling - Bookmaking | CT 29 |
| | Extortion Conspiracy - NASCAR Construction Site | CT 38 |
| | Extortion - NASCAR Construction Site | CT 39 |
| | Extortion Conspiracy - Excavation Company | CT 40 |
| | Extortion - Excavation Company | CT 41 |
| | Extortion Conspiracy - Liberty View Harbor Construction Site | CT 59 |
| | Extortion - Liberty View Harbor Construction Site | CT 60 |
| | Money Laundering Conspiracy | CT 61 |
| | Money Laundering | CT 62 |
| | Extortion Conspiracy - SI Recycling | CT 66 |
| | Attempted Extortion - SI Recycling | CT 67 |
| | Extortion Conspiracy | CT 68 |
| | Extortion | CT 69 |
| | Extortion Conspiracy - SI Cement Company Sale | CT 75 |
| | Extortion - SI Cement Company Sale | CT 76 |
| | Extortion Conspiracy - Cement Powder Deliveries | CT 77 |
| | Extortion - Cement Powder Deliveries | CT 78 |
| D'AMICO | Extortion/Extortion Conspiracy - SI Cement Company Profits | RA 24 |
| | Extortion/Extortion Conspiracy - SI Cement Company Sale | RA 54 |
| | Extortion Conspiracy - SI Cement Company Profits | CT 10 |
| | Extortion - SI Cement Company Profits | CT 11 |
| | Extortion Conspiracy - SI Cement Company Sale | CT 75 |
| | Extortion - SI Cement Company Sale | CT 76 |

| Defendant | Offense | RA/CT |
|---|---|---|
| DIMARIA | Securities Fraud Conspiracy | RA 10 |
| | Extortion/Extortion Conspiracy - SI Cement Company Profits | RA 24 |
| | Attempted Extortion/Extortion Conspiracy - Pump Truck | RA 30 |
| | Attempted Extortion/Extortion Conspiracy - Construction List | RA 32 |
| | Illegal Gambling - Bookmaking | RA 33 |
| | Bribery of Labor Official/Honest Services Mail Fraud/Embezzlement of Union Assets - Laborers' Local 325 | RA 34 |
| | Extortion/Extortion Conspiracy - NASCAR Construction Site | RA 38 |
| | Extortion/Extortion Conspiracy - Excavation Company | RA 39 |
| | Extortion/Extortion Conspiracy - Liberty View Harbor Construction Site | RA 44 |
| | Money Laundering/Money Laundering Conspiracy | RA 45 |
| | Attempted Extortion/Extortion Conspiracy - SI Recycling | RA 48 |
| | Extortion/Extortion Conspiracy | RA 49 |
| | Bribery of Labor Official/ Honest Services Mail Fraud/ Embezzlement of Union Assets - Laborers' Local 731 | RA 50 |
| | Extortion/Extortion Conspiracy - SI Cement Company Sale | RA 54 |
| | Extortion/Extortion Conspiracy - Cement Powder Deliveries | RA 55 |
| | Extortion Conspiracy - SI Cement Company Profits | CT 10 |
| | Extortion - SI Cement Company Profits | CT 11 |
| | Extortion Conspiracy - Pump Truck | CT 23 |
| | Attempted Extortion - Pump Truck | CT 24 |
| | Extortion Conspiracy - Construction List | CT 27 |
| | Attempted Extortion - Construction List | CT 28 |
| | Illegal Gambling - Bookmaking | CT 29 |
| | Honest Services Mail Fraud - Laborers' Local 325 | CT 30 |
| | Honest Services Mail Fraud Conspiracy - Laborers' Local 325 | CT 31 |
| | Embezzlement of Union Assets Conspiracy - Laborers' Local 325 | CT 32 |
| | Embezzlement of Union Assets - Laborers' Local 325 | CT 33 |
| | Extortion Conspiracy - NASCAR Construction Site | CT 38 |
| | Extortion - NASCAR Construction Site | CT 39 |
| | Extortion Conspiracy - Excavation Company | CT 40 |
| | Extortion - Excavation Company | CT 41 |
| | Extortion Conspiracy - Liberty View Harbor Construction Site | CT 59 |
| | Extortion - Liberty View Harbor Construction Site | CT 60 |
| | Money Laundering Conspiracy | CT 61 |
| | Money Laundering | CT 62 |
| | Extortion Conspiracy - SI Recycling | CT 66 |
| | Attempted Extortion - SI Recycling | CT 67 |
| | Extortion Conspiracy | CT 68 |
| | Extortion | CT 69 |
| | Honest Services Mail Fraud Conspiracy - Laborers' Local 731 | CT 70 |
| | Honest Services Mail Fraud - Laborers' Local 731 | CT 71 |
| | Embezzlement of Union Assets Conspiracy - Laborers' Local 731 | CT 72 |
| | Embezzlement of Union Assets - Laborers' Local 731 | CT 73 |
| | Extortion Conspiracy - SI Cement Company Sale | CT 75 |
| | Extortion - SI Cement Company Sale | CT 76 |
| | Extortion Conspiracy - Cement Powder Deliveries | CT 77 |
| | Extortion - Cement Powder Deliveries | CT 78 |

| Defendant | Offense | RA/CT |
|---|---|---|
| DRAGONETTI | Extortionate Extension of Credit/ Extortionate Extension of Credit Conspiracy/Extortionate Collection of Credit/Extortionate Collection of Credit Conspiracy | RA 15 |
| | Extortionate Extension of Credit/Extortionate Extension of Credit Conspiracy/Extortionate Collection of Credit/Extortionate Collection of Credit Conspiracy | RA 17 |
| | Extortionate Extension of Credit/Extortionate Extension of Credit Conspiracy/Extortionate Collection of Credit/Extortionate Collection of Credit Conspiracy | RA 18 |
| | Extortionate Extension of Credit Conspiracy | RA 19 |
| | Extortionate Extension of Credit Conspiracy | RA 22 |
| | Illegal Gambling - Bookmaking | RA 33 |
| | Extortion/Extortion Conspiracy - NASCAR Construction Site | RA 38 |
| | Extortion/Extortion Conspiracy - Excavation Company | RA 39 |
| | Extortion/Extortion Conspiracy - Liberty View Harbor Construction Site | RA 44 |
| | Money Laundering/Money Laundering Conspiracy | RA 45 |
| | Extortion/Extortion Conspiracy | RA 49 |
| | Illegal Gambling - Joker/Poker Machines | RA 51 |
| | Extortion/Extortion Conspiracy - Cement Powder Deliveries | RA 55 |
| | Extortionate Extension of Credit Conspiracy | CT 9 |
| | Illegal Gambling - Bookmaking | CT 29 |
| | Extortion Conspiracy - NASCAR Construction Site | CT 38 |
| | Extortion - NASCAR Construction Site | CT 39 |
| | Extortion Conspiracy - Excavation Company | CT 40 |
| | Extortion - Excavation Company | CT 41 |
| | Extortion Conspiracy - Liberty View Harbor Construction Site | CT 59 |
| | Extortion - Liberty View Harbor Construction Site | CT 60 |
| | Money Laundering Conspiracy | CT 61 |
| | Money Laundering | CT 62 |
| | Extortion Conspiracy | CT 68 |
| | Extortion | CT 69 |
| | Illegal Gambling - Joker/Poker Machines | CT 74 |
| | Extortion Conspiracy - Cement Powder Deliveries | CT 77 |
| | Extortion - Cement Powder Deliveries | CT 78 |
| FILIPPELLI | Extortion Conspiracy - SI Cement Company Profits | CT 10 |
| | Extortion - SI Cement Company Profits | CT 11 |
| R. GOTTI | Marijuana Distribution Conspiracy | RA 14 |
| | Attempted Murder/Murder Conspiracy | RA 23 |

| Defendant | Offense | RA/CT |
|---|---|---|
| V. GOTTI | Cocaine Distribution Conspiracy | RA 4 |
| | Extortionate Extension of Credit Conspiracy/Extortionate Collection of Credit Conspiracy | RA 9 |
| | Marijuana Distribution Conspiracy | RA 14 |
| | Attempted Murder/Murder Conspiracy | RA 23 |
| GRILLO | Extortion/Extortion Conspiracy - SI Cement Company Profits | RA 24 |
| | Attempted Extortion/Extortion Conspiracy - Construction List | RA 32 |
| | Extortion/Extortion Conspiracy - NASCAR Construction Site | RA 38 |
| | Extortion Conspiracy - SI Cement Company Profits | CT 10 |
| | Extortion - SI Cement Company Profits | CT 11 |
| | Extortion Conspiracy - Construction List | CT 27 |
| | Attempted Extortion - Construction List | CT 28 |
| | Extortion Conspiracy - NASCAR Construction Site | CT 38 |
| | Extortion - NASCAR Construction Site | CT 39 |
| OUTERIE | Illegal Gambling - Bookmaking | RA 33 |
| | Extortionate Collection of Credit/Extortionate Collection of Credit Conspiracy | RA 35 |
| | Extortionate Collection of Credit/Extortionate Collection of Credit Conspiracy | RA 41 |
| | Extortionate Collection of Credit/Extortionate Collection of Credit Conspiracy | RA 42 |
| | Extortionate Collection of Credit/Extortionate Collection of Credit Conspiracy | RA 43 |
| | Illegal Gambling - Bookmaking | CT 29 |
| | Extortionate Collection of Credit Conspiracy | CT 34 |
| | Extortionate Collection of Credit | CT 35 |
| | Extortionate Collection of Credit Conspiracy | CT 53 |
| | Extortionate Collection of Credit | CT 54 |
| | Extortionate Collection of Credit Conspiracy | CT 55 |
| | Extortionate Collection of Credit | CT 56 |
| | Extortionate Collection of Credit Conspiracy | CT 57 |
| | Extortionate Collection of Credit | CT 58 |

| Defendant | Offense | RA/CT |
|---|---|---|
| RANIERI | Illegal Gambling - Bookmaking | RA 33 |
| | Extortionate Collection of Credit/Extortionate Collection of Credit Conspiracy | RA 35 |
| | Extortionate Collection of Credit/Extortionate Collection of Credit Conspiracy | RA 41 |
| | Extortionate Collection of Credit/Extortionate Collection of Credit Conspiracy | RA 42 |
| | Extortionate Collection of Credit/Extortionate Collection of Credit Conspiracy | RA 43 |
| | Extortionate Collection of Credit/Extortionate Collection of Credit Conspiracy | RA 46 |
| | Extortionate Collection of Credit | RA 47 |
| | Illegal Gambling - Bookmaking | CT 29 |
| | Extortionate Collection of Credit Conspiracy | CT 34 |
| | Extortionate Collection of Credit | CT 35 |
| | Extortionate Collection of Credit Conspiracy | CT 53 |
| | Extortionate Collection of Credit | CT 54 |
| | Extortionate Collection of Credit Conspiracy | CT 55 |
| | Extortionate Collection of Credit | CT 56 |
| | Extortionate Collection of Credit Conspiracy | CT 57 |
| | Extortionate Collection of Credit | CT 58 |
| | Extortionate Collection of Credit Conspiracy | CT 63 |
| | Extortionate Collection of Credit | CT 64 |
| | Extortionate Collection of Credit | CT 65 |
| RUGGIERO | Attempted Murder/Murder Conspiracy | RA 23 |
| | Attempted Extortion/Extortion Conspiracy - Construction List | RA 32 |
| | Extortion Conspiracy - Construction List | CT 27 |
| | Attempted Extortion - Construction List | CT 28 |
| SCOTTO | Extortion/Extortionate Collection of Credit - ADCO Electrical Debt | RA 29 |
| | Extortion/Extortionate Collection of Credit - El Camino Trucking Debt | RA 31 |
| | Extortion Conspiracy/Extortionate Extension of Credit/Extortionate Extension of Credit Conspiracy - Cracolici Dispute | RA 40 |
| | Extortion - ADCO Electrical Debt | CT 21 |
| | Extortionate Collection of Credit - ADCO Electrical Debt | CT 22 |
| | Extortion - El Camino Trucking Debt | CT 25 |
| | Extortionate Collection of Credit - El Camino Trucking Debt | CT 26 |
| | Extortion Conspiracy - Cracolici Dispute | CT 42 |
| | Attempted Extortion - Cracolici Dispute | CT 43 |
| | Extortionate Extension of Credit Conspiracy - Cracolici Dispute | CT 44 |
| | Extortionate Extension of Credit - Cracolici Dispute | CT 45 |