UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------X
:
UNITED STATES OF AMERICA,    :
                             :   CR-08-076 (NGG)
    v.                       :
                             :   February 7, 2008
DOMENICO CEFALU,             :
                             :   Brooklyn, New York
        Defendant.           :
                             :
------------------------------X

TRANSCRIPT OF CRIMINAL CAUSE FOR ARRAIGNMENT
BEFORE THE HONORABLE KIYO A. MATSUMOTO
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the Government:        ROSLYNN R. MAUSKOPF, ESQ.
                           UNITED STATES ATTORNEY
                           BY: ROGER BRYANT, ESQ.
                           ASSISTANT U.S. ATTORNEY
                           225 Cadman Plaza East
                           Brooklyn, New York  11201


For the Defendant:         RICHARD B. LIND, ESQ.


Audio Operator:


Court Transcriber:         ARIA TRANSCRIPTIONS
                           c/o Elizabeth Barron
                           31 Terrace Drive, 1st Floor
                           Nyack, New York 10960
                           (215) 767-7700



Proceedings recorded by electronic sound recording,
transcript produced by transcription service

1                THE CLERK:  Criminal cause for arraignment.  Case
2    number 08-CR-76, United States versus Domenico Cefalu.
3    Counsel, please state your name for the record.
4                MR. BRYANT:  Roger Bryant for the United States.
5    Good afternoon, Judge.
6                THE COURT:  Good afternoon.
7                MR. LIND:  Richard Lind for the defendant.  Good
8    afternoon, Judge.
9                THE COURT:  Good afternoon.  Good afternoon, Mr.
10   Cefalu.  Sir, do you understand and speak English without
11   difficulty?
12               THE DEFENDANT:  Yes.
13               THE COURT:  Alright, if there's anything that is
14   said that you don't understand, please let me know and we'll
15   make sure we give you clarification.
16               The purpose of this proceeding is to make sure you
17   understand the crimes that you are charged with.  To make
18   sure you understand you have the right to counsel.  You may
19   wish to confer with Mr. Lind at anytime during this
20   proceeding, just let me know.  In addition, we'll address
21   the question as to whether or not you'll be released on bail
22   or held in jail.
23               Sir, as you may know, the grand jury has returned
24   an indictment charging you with various counts of extortion,
25   extortion conspiracy.  And I'd like to ask if you've had the

1  opportunity to review the indictment and to discuss those
2  charges with your attorney?
3           THE DEFENDANT:  Somewhat, yes, your Honor.
4           THE COURT:  Alright, do you understand the
5  charges, Sir?
6           THE DEFENDANT:  Yes.
7           THE COURT:  Would you like me to read the
8  indictment or do you waive reading?
9           THE DEFENDANT:  I waive reading.
10          THE COURT:  Alright, are you prepared to enter a
11 plea, sir?
12          THE DEFENDANT:  Not guilty.
13          THE COURT:  The Court will enter a plea of not
14 guilty for Mr. Cefalu.  Does the government have a position
15 on detention or bail or will you address that at the
16 detention hearing on February 11th?
17          MR. BRYANT:  The government will seek a permanent
18 order of detention.  But I think defense counsel has
19 requested opportunity to present a bail package on the 11th
20 so we're --
21          THE COURT:  Alright, February 11th at 11:00 am.
22          THE DEFENDANT:  Thank you, Judge.
23          THE COURT:  You'll have the hearing.  And I'd like
24 to find out whether Mr. Cefalu has any medical conditions,
25 medications or other medical needs that must be addressed

```
 1  between now and then?
 2          THE DEFENDANT:  No.
 3          THE COURT:  Alright, Sir.  Thank you.
 4          ALL:  Thank you, Judge.
 5          * * * * * * * * * * * *
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18        I certify that the foregoing is a correct transcript
19   from the electronic sound recording of the proceedings in
20   the above-entitled matter.
21
22
23   [signature]
24
25   ELIZABETH BARRON                          February 19, 2008
```