**JOSEPH W. RYAN, JR., P.C.**

ATTORNEYS AT LAW

JOSEPH W. RYAN, JR.

AMIT SONDHI

1425 REXCORP PLAZA
UNIONDALE, N.Y. 11556-1425
516-663-6515
TELECOPIER: (516) 663-6644
WEBSITE: JoeRyanLaw.com
joeryan@earthlink.net

February 29, 2008

Hon. Nicholas G. Garafis
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11235

Re: United States v. Domenico Cefalu, et al, 08 CR 76

Dear Judge Garafus,

On behalf of our client, Domenico Cefalu, we respectfully request to join the motion of defendant Joseph Corrozzo to have this case reassigned in accordance with Local Rule 50.2 of the Eastern District of New York.

Respectfully submitted,

JOSEPH W. RYAN, JR.

Cc: AUSA Daniel Brownell