30 m

## CRIMINAL CAUSE FOR PLEADING OR REPLEADING

BEFORE JUDGE: **WEINSTEIN, L**   DATE: 5/28/08   TIME: 10:30 a.m

DOCKET NUMBER: CR- 08-76   TITLE: USA-v- Cefalu

DEFT. NAME: Domenico Cefalu   DEFT. #: _____
_✓_Present, __Not Present, __In Custody, __On Bail

ATTY. FOR DEFT.: Joseph Ryan   __C.J.A.
_✓_Present, __Not Present   __RETAINED
  __L.A.S.(PD)

DEFT. NAME: _____   DEFT. #: _____
__Present, __Not Present, __In Custody, __On Bail

ATTY. FOR DEFT.: _____   __C.J.A.
__Present, __Not Present   __RETAINED
  __L.A.S.(PD)

DEFT. NAME: _____   DEFT. #: _____
__Present, __Not Present, __In Custody, __On Bail

ATTY. FOR DEFT.: _____   __C.J.A.
__Present, __Not Present   __RETAINED
  __L.A.S.(PD)

DEFT. NAME: _____   DEFT. #: _____
__Present, __Not Present, __In Custody, __On Bail

ATTY. FOR DEFT.: _____   __C.J.A.
__Present, __Not Present   __RETAINED
  __L.A.S.(PD)

DEFT. NAME: _____   DEFT. #: _____
__Present, __Not Present, __In Custody, __On Bail

ATTY. FOR DEFT.: _____   __C.J.A.
__Present, __Not Present   __RETAINED
  __L.A.S.(PD)

ASST. U.S. ATTORNEY: Joey Lipton   DEPUTY CLERK: J. Rowe

COURT REPORTER(S): F. Guerino   ESR OPERATOR: _____

INTERPRETER(S): _____   OTHER: _____

**Docket Clerks:** Enter all information under CALCALLH,
then enter other vital events names
as needed.

__/__ First Appearance of Deft(s): _____ (DFTFSTAPR)

_✓_ Case called. (CALCALLH)

____ Adjourned to: _____

_✓_ Deft(s) _____ sworn, arraigned, informed of rights.

_✓_ Deft(s) _____ waive trial before District Court.

_____ states true name (s) to be:
Deft(s)_____

_____

_____ Waiver of Indictment executed for deft(s)_____(WVINDI

_____ Superseding Indictment filed for deft(s)_____(INDISE

_____ Superseding Information filed for deft(s)_____(INFOSE

_____ Deft(s)_____ failed to appear; BENCH WARRANT ISSUED

_____ Deft(s)_____ _____ enters GUILTY PLEA to Cts._____
_____of (Superseding) Indictment/Information.    (PLG)

✓ Deft(s)_____ WITHDRAWS Not Guilty Plea and
enters GUILTY PLEA on Cts._____ 75 _____ of the
(Superseding) Indictment/~~Information~~.            (WDPLNG ther

✓ Court finds factual basis for the plea.

_____ Deft(s)_____ enters NOT GUILTY PLEA.            (E

_____ Deft(s)_____ enters NOLO CONTENDERE PLEA.    (PT

_____ BAIL set at _____for Deft(s)_____.    (B

_____ BAIL continued for deft(s)_____.    (BA

_____ Deft(s)_____ continued in custody.    (LUSC

_____ Deft(s)_____ continued on present bond.    (:

_____ Case ADJOURNED to _____for_____.

_____ JURY SELECTION for deft(s)_____    (JYSE:
set for_____    (T

TRIAL set for_____

✓ SENTENCING for deft(s)_____
set for_____ 8/5/08 _____ at 10:00 a.m.

_____ SPEEDY TRIAL info for deft(s)_____    (
Code Type: X-_____ Start Date:_____    (
Stop Date:_____

_____ Order/Waiver Executed & filed. _____Ent'd on Recor

OTHER:_____
_____