JOSEPH W. RYAN, JR., P.C.

ATTORNEYS AT LAW

JOSEPH W. RYAN, JR.

AMIT SONDHI

1425 REXCORP PLAZA
UNIONDALE, N.Y. 11556-1425
516-663-6515
TELECOPIER: (516) 663-6644
WEBSITE: JoeRyanLaw.com
joeryanlaw@earthlink.net

August 4, 2008

The Honorable Jack B. Weinstein
Senior United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: <u>United States v. Domenico Cefalu, No. 08-76 (JBW)</u>

Dear Judge Weinstein:

  This will confirm that at sentencing tomorrow (3:00 PM), concerning the issue of whether a two-point role enhancement should be imposed because the fear of extortion upon CI Joseph Vollaro was generated by threat of violence rather than economic harm ---Mr. Cefalu will rely upon the excellent D'Amico Sentencing Memorandum of co-counsel Elizabeth Macedonio (for co-defendant John D'Amico), dated July 30, 2008.

  We see no reason to burden the Court further to reply to the Government's ECF submission of yesterday. Docket No. 1013

  Thanking you for your attention, I am

            Very truly yours,

            JOSEPH W. RYAN, JR