## CRIMINAL CAUSE FOR SENTENCING

BEFORE: **WEINSTEIN, J** DATE: 8/11/08 TIME: 11:30 am

DOCKET NUMBER: CR 08-76   DEFT. NUMBER: _____

DEFENDANT: Domenico Cefalu
  ✓ Present   ___ Not Present   ___ In Custody   ___ On Bail

ATTORNEY FOR DEFT.: Joseph Ryan
  ___ C.J.A.   ✓ Retained   ___ Legal Aid/PD

ASST. U.S. ATTORNEY: Daniel Brownell

COURTROOM DEPUTY: JUNE P. LOWE   INTERPRETER: _____
  Ext. 2525

COURT REPORTER/~~ESR OPERATOR~~: Marie Foley

TAPE NUMBER: _____

SENTENCE: 24 mths. imprisonment, 3 years supervised release

DEFT. SENTENCED ON COUNTS: _____

OPEN COUNTS DISMISSED:   ___ On Govt.'s Motion,   ___ On Ct.'s Mot.

FINE: _____   SPECIAL ASSESSMENT: $100

SPECIAL CONDITIONS OF SUPERVISION: _____

IS SENTENCE STAYED?   ___ Yes   STAYED UNTIL: _____
                      ___ No

[Defts. sentenced to probation/supervised release are to report immediately to the PROBATION DEPT., Room 405, 75 Clinton St., Bklyn., & present 1 copy of this form. The other copy should be sent by the Courtroom Deputy the same day. For remanded defts., the Courtroom Deputy should send both copies to the Prob. Office on the same day as the sentence.]