# EXHIBIT 1

1

```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA       :    08-CR-00076 (JBW)

    -against-                       U.S. Courthouse
                               :
                                    Brooklyn, New York
FRANK CALI

              Defendant        :
                                    August 7, 2008
- - - - - - - - - - - - - - - X    10:30 a.m.


BEFORE:
        HONORABLE JACK B. WEINSTEIN
        United States District Judge



APPEARANCES:

For the Government:        BENTON J. CAMPBELL, ESQUIRE
                           United States Attorney
                           271 Cadman Plaza East
                           Brooklyn, New York 11201
                           BY:  JOEY LIPTON
                                EVAN NORRIS
                                Assistant U.S. Attorneys


For the Defendant:         HARLAN J. PROTASS
                           305 Madison Avenue
                           Suite 1301
                           New York, New York 10165


Court Reporter:            RONALD E. TOLKIN, RMR
                           Official Court Reporter
                           225 Cadman Plaza East
                           Brooklyn, New York 11201


        Minutes Taken Stenographically.  Transcript Produced
By Computer Aided Transcription.
```

U.S.A. v. FRANK CALI                                              15

1  the conspiracy is a conspiracy.  There are two different
2  matters.
3          So to that extent it isn't double counting.  It is
4  a conspiracy to use a threat, and then it is the use of the
5  threats under the guidelines.  So it is an interesting
6  problem.  It is kind of obtuse, and you may want to take an
7  appeal.
8          But I am not going to give you less than two points
9  under Paragraph 143.  If you can, I can change the sentence
10 that I was going to make, but I am not inclined to do so in
11 this case as I was in the other cases.
12         What else?
13         MR. PROTASS:  Well, there is the one-point
14 enhancement that is in the presentence report for the amount
15 of money at issue here, Your Honor, and --
16         THE COURT:  Well, that, I don't see.  What's --
17 where is the loss?
18         MR. LIPTON:  There is the loss of $13,000 that was
19 paid pursuant to this conspiracy so that -- 
20         THE COURT:  Paid to whom?
21         MR. LIPTON:  This was paid to individuals, Leonard
22 DiMaria, Ernest Grillo, and Nicholas Corozzo, based on the --
23 once the cooperating witness, John Doe Number 4, got the
24 rights to dump at the site.
25         THE COURT:  This is the NASCAR?

RONALD E. TOLKIN, RMR
OFFICIAL COURT REPORTER