MKM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,

    - against -                                         08-CR-76 (JBW)

NICHOLAS COROZZO,

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Assistant United States Attorney M. Kristin Mace from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

    Assistant U.S. Attorney M. Kristin Mace
    United States Attorney's Office (Criminal Division)
    271 Cadman Plaza East
    Brooklyn, New York 11201
    Tel: 718-254-6879
    Fax: 718-254-6478
    Email: kristin.mace@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney M. Kristin Mace at the email address set forth above.

Dated:   Brooklyn, New York
         October 1, 2018

                                          Respectfully submitted,

                                          RICHARD P. DONOGHUE
                                          United States Attorney


                              By:    /s/
                                     M. Kristin Mace
                                     Assistant U.S. Attorney
                                     718-254-6879